IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PEDRO SOTO,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   19-cv-780 |
| | : | |
| **LAWRENCE P. MAHALLY, et al.,** | : | |
| Respondents. | : | |

## O R D E R

This 5th day of July 2022, following careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and following review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED.**[1]

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED.**[2]

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/Gerald Austin McHugh
United States District Judge

---

[1] Petitioner did not file objections. The docket reflects that he has been out of custody since at least October 2021, without ever re-establishing communication with this Court.

[2] I agree with Judge Sitarski that the petition here is moot where it involved credit against a parole violation, and Petitioner has served his maximum sentence and is not at risk for reincarceration on these charges.